1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9    UNITED STATES OF AMERICA,            )
                                          )   Case no.  3:13-cr-00081-LRH-VPC
10                      Plaintiff,         )
                                          )   ORDER
11   vs.                                  )
                                          )
12   JOSE VALDEZ-ESPINAL,                 )
                                          )
13                      Defendant.        )
                                          )
14   _____

15         Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant

16   Federal Public Defender, have filed a motion to withdraw (#31) as defendant's counsel of record.

17   The court received and reviewed the reduction of sentence report on defendant prepared by

18   Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18

19   U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1,

20   2014, as he was originally sentenced pursuant to a two-level downward variance applied in

21   anticipation of the amended guidelines.  The court confirms this history and would not, therefore,

22   grant further relief to defendant.

23         The court appointed defendant counsel to determine whether he qualifies for a reduction

24   of sentence. Based upon Probation's report, counsel does not intend to file a motion for a

25   reduction. The court will therefore grant the motion to withdraw.

26         Before being granted counsel, defendant filed a motion (#28) seeking Discretionary

27   Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United

28   States Attorney's office is necessary for a ruling on defendant's motion. The defendant was

1    originally sentenced pursuant to a two-level downward variance applied in anticipation of the

2    amended guidelines and is therefore not entitled to a reduction.

3           Accordingly,

4           IT IS HEREBY ORDERED that defendant's counsel's motion to withdraw (#31) is

5    **GRANTED**.

6           IT IS FURTHER ORDERED that defendant's motion seeking Discretionary Relief

7    pursuant to 18 U.S.C. § 3582(c)(2) (#28) is **DENIED**.

8           IT IS SO ORDERED.

9           DATED this 17th day of December, 2015.

10                                                LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28